UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE EQUITY-LEAGUE
PENSION, HEALTH, AND 401(K) TRUST
FUNDS,

            Plaintiff,

– against –

JERSEY BOYS LAS VEGAS LLC *and* IVORY
STAR PRODUCTIONS, LLC,

            Defendant.

**ORDER**

25-cv-00940 (ER)

Ramos, D.J.:

    Trustees of the Equity-League Pension, Health, and 401(k) Trust Funds brought this action against Jersey Boys Las Vegas LLC and Ivory Star Productions, LLC on January 31, 2025. Doc. 1. On May 1, 2025, a Clerk's certificate of default was issued. Doc. 14. Since then, there has been no activity in this case.

    Trustees of the Equity-League Pension is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   July 30, 2025
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.