**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TRUSTEES OF THE EQUITY-LEAGUE
PENSION, HEALTH, AND 401(K)
TRUST FUNDS,

                           Plaintiffs,

            -against-

JERSEY BOYS LAS VEGAS LLC and
IVORY STAR PRODUCTIONS, LLC,

                        Defendants.

Case No. 1:25-cv-00940 (ER)

~~PROPOSED~~
**DEFAULT JUDGMENT**

       This action having been commenced on January~~July~~ 31, 2025 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been duly served on Defendant Jersey Boys Las Vegas LLC ("Defendant Jersey Boys") by personal service on March 12, 2025, and a copy of the Summons and Complaint having been duly served on Defendant Ivory Star Productions, LLC ("Defendant Ivory Star") by personal service on March 12, 2025, and Defendant Jersey Boys and Defendant Ivory Star not having answered the Complaint, the time for answering the Complaint having expired, and the Clerk of Court having issued a Certificate of Default as to Defendant Jersey Boys and Defendant Ivory Star, it is:

       ORDERED, ADJUDGED, AND DECREED that the Plaintiffs have judgment in their favor against Defendant Jersey Boys and Defendant Ivory Star, jointly and severally, in the amount of $67,014.45 in benefit contributions; $6,963.78 in interest on such benefit contributions (as of June 1, 2025); $13,402.89 in liquidated damages; $9,955.00 in attorneys' fees incurred in this action; plus $651.98 in costs incurred in this action; amounting to a total of $97,988.10.

Dated:  New York, New York

       October 16  , 2025           SO ORDERED.

                                         Edgardo Ramos
                                         United States District Judge